Andrew J. Mollica, Attorney at Law
1205 Franklin Avenue Suite 16LL Garden City, New York 11530
Tel. (516) 280- 3182
Tel. (516) 528-1311
Jdmol@aol.com

October 8, 2020

> Application granted.
> SO ORDERED.
> Dated: 10/15/2020
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

VIA ECF FILING
Hon. P. Kevin Castel, United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

**Re: United States v. Grasso et al., 20-Cr. 163 (PKC)**

Dear Judge Castel:

    The undersigned represents defendant Conor Flynn in the above referenced indictment and write to respectfully request, pursuant to Fed. R. Crim P. l0(b), that the Court allow Mr. Flynn to waive his personal appearance in his October 28, 2020 arraignment and the initial conference.

    Attached as Exhibit A is a written waiver of appearance executed by Mr. Flynn. The Government has no objection to this request.

    As the court is aware, Mr. Flynn now resides in Michigan. His attendance at the arraignment would require him to drive or fly from that location to New York City, and given the public health situation in New York City relating to the COVID 19 pandemic, I respectfully request the Court grant Mr. Flynn's waiver of personal appearance.

    As reflected in the written waiver of appearance, Mr. Flynn has received a copy of the above referenced superseding indictment and I have reviewed it with him. Mr. Flynn enters a plea of "Not Guilty," to Count One. Moreover, given the current national health emergency created by the Covid 19 Pandemic, I respectfully request to appear in this matter telephonically.

                        Respectfully submitted,

                          /s/ Andrew J. Mollica
                          On Behalf of Connor Flynn

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                       20 CR 163 (PKC)

       -against-

Louis Grasso et al.,

       Defendants
----------------------------------------------------------------x

## WAIVER OF APPEARANCE AT ARRAIGNMENT

I Conner Flynn declare and affirm as follows:

1. I am a defendant in the above captioned case and hereby waive my appearance at the arraignment and initial conference on this super seeding indictment.
2. I am aware the arraignment is scheduled for October 28, 2020 at 10:30 AM before the Honorable P. Kevin Castel in the Southern District of New York.
3. I have received a copy of the indictment in the above related case and reviewed the indictment with my attorney Andrew J. Mollica.
4. I plead not guilty to Count One of the indictment.

_____  10/8/20
Conner Flynn              Date

_____  10/8/20
Andrew J. Mollica     Date
Counsel for
Conner Flynn