```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - X
                          :
UNITED STATES OF AMERICA  :
                          :
        - v. -            :
                          :         UNSEALING ORDER
CONOR FLYNN,              :
                          :         S2 20 Cr. 163 (PKC)
        Defendant.        :
                          :
- - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Sarah Mortazavi;

It is found that (1) Information 20 Cr. 163 (PKC) (the "Information") and the related charging paperwork and (2) the transcript of the defendant's November 2, 2020 waiver of indictment and guilty plea, are currently sealed and subject to temporarily delayed docketing; and that the United States Attorney's Office has applied to have the Information, the guilty plea transcript, and all related filings unsealed, and delayed docketing lifted;

IT IS THEREFORE ORDERED that the Information, the guilty plea transcript, and all related entries be unsealed and remain unsealed pending further order of the Court; and

IT IS FURTHER ORDERED that the Clerk of Court make the relevant entries on the public docket.

DATED:   New York, New York
         April  16 , 2023

_____
P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK