

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2023

**VIA ECF**
The Honorable P. Kevin Castel
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

          Re:    *United States v. Conor Flynn*, 20 Cr. 163 (PKC)

Dear Judge Castel:

      The Government, with consent of counsel for defendant Conor Flynn, respectfully submits this letter-motion regarding the defendant's sentencing date. The compelling interest that supported delayed sentencing are now moot as the defendants in this and the related case *United States v. Navarro et al.*, 20 Cr. 160 (MKV), have resolved their charges. Consequently, the parties are prepared to proceed to sentencing.

      Accordingly, the Government respectfully requests that the Court order the preparation of a presentence report and set a sentencing date.

                                     Respectfully submitted,

                                     DAMIAN WILLIAMS
                                   United States Attorney

               by:   /s/ Sarah Mortazavi
                       Sarah Mortazavi
                       Assistant United States Attorney
                       (212) 637-2520

Cc: Andrew Mollica, Esq. (via ECF)

Presentence Report requested. Sentencing is set for October 4, 2023 at 2:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 5/22/2023

                             P. Kevin Castel
                           United States District Judge