UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  20-cr-163 (PKC)

                -against-                          ORDER

CONOR FLYNN,

                        Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

The government is directed to respond to defendant's motion to amend the judgment (ECF 369) by January 7, 2026.

Defendant has separately filed a two-sentence letter-motion styled as a Motion for Writ of Error Coram Nobis. (ECF 370.) It attaches a petition that was filed in United States of America v. Gregory Skelton, 20-cr-160 (MKV), and "ask[s] that we be permitted to adopt and incorporate all of Mr. Skelton's arguments insofar as they apply to Mr. Flynn." (ECF 370.) That motion is denied without prejudice to renewal, subject to Mr. Flynn filing a petition that is tailored to the facts of his case and the relief that he seeks from this Court. The Clerk is respectfully directed to terminate the motion. (ECF 370.)

- 2 -

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
December 3, 2025